pellate Division, First Department. February 9, 1906.) Action by Shepard N. Edmonds against the Attuck Music Publishing Company. A. Beekman, for appellant. W. H. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EHRICH v. GRANT. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Samuel W. Ehrich against Hugh J. Grant. No opinion. Motion denied, with $10 costs. Order filed.

ELLENBOGEN, Respondent, v. THOR IRON CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Samuel K. Ellenbogen against the Thor Iron Company. W. O. Campbell, for appellant. A. S. Marcuson, for respondent. No opinion. Judgment and order affirmed, with costs.

ELTON et al., Respondents, v. HILL et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Albert Elton and others against Gustave Hill and others. J. J. Sullivan, for appellants. M. G. Katz, for respondents. No opinion. Judgment and order affirmed, with costs.

ERNST et al. v. EMOTT. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Moritz L. Ernst and others against James T. Emott, impleaded. No opinion. Motion granted, on conditions stated in memorandum per curiam.

ERNST et al. v. STRAUSS. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Moritz L. Ernst and others against David J. Strauss. No opinion. Motion granted, on conditions stated in memorandum per curiam.

FABER, Appellant, v. BRITISH & FOREIGN MARINE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Eberhard Faber against the British & Foreign Marine Insurance Company. H. D. Baldwin, for appellant. John Notman, for respondent. No opinion. Judgment and order affirmed.

FALVEY, Respondent, v. WOOLNER, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by James V. Falvey against Samuel Woolner. A. S. Austrian, for appellant. H. L. Scheuerman, for respondent. No opinion. Judgment and orders affirmed.

FARRELL, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by John Farrell against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Corbett v. Gibson, 18 Hun, 49.

FAR ROCKAWAY BANK, Respondent, v. SMITH et al., Appellants. (Supreme Court,

Appellate Division, Second Department. December 29, 1905.) Action by Far Rockaway Bank against George W. Smith and Franklin C. Norton. No opinion. Judgment affirmed, with costs.

FAY, Respondent, v. MOOSE RIVER LUMBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Charles Fay, by guardian, etc., against the Moose River Lumber Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event upon the law and facts, unless the plaintiff stipulates to reduce the verdict to the sum of $1,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as thus modified, the judgment and the order denying motion for a new trial are affirmed, without costs of this appeal to either party.

FERDINAND HOSCH CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by the Ferdinand Hosch Company against the city of New York. No opinion. Motion for leave to perfect appeal denied, with costs.

FERGUSON v. RABINOWITZ. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Benjamin Ferguson against Abraham Rabinowitz. No opinion. Motion granted so far as to dismiss appeal, with $10 costs.

FINUCAN, Appellant, v. RAMSDEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Thomas Finucan against Thomas T. Ramsden and others. No opinion. Judgment and order affirmed, with costs.

FIRST NAT. BANK OF CITY OF BROOKLYN, Respondent, v. GRIDLEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by the First National Bank of the City of Brooklyn against Helen N. Gridley, impleaded, etc. No opinion. Reargument ordered, and case set down for Tuesday March 13, 1906.

In re FISCHER. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) In the matter of the judicial settlement of the account of William H. Fischer, as executor, etc., of John K. Fischer, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

FISCHER v. FISCHER et al. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Edna Fischer against Henry Fischer and others. No opinion. Motion denied, upon payment of $10 costs, and on payment of an additional $10 respondents have leave to apply to the court below to open default, and, upon failure to do so promptly, leave given to appellant to renew motion to dismiss.